UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 15-277 |
| TERRANCE MORGAN | SECTION "L" |

### ORDER AND REASONS

The Court has before it Defendant Terrance Morgan's Motion for Reconsideration, R. Doc. 567, of the Court's decision to revoke Mr. Morgan's supervised release and resultant sentence of eight months imprisonment. The Government argues the Court lacks the authority to reconsider that sentence. R. Doc. 572. Mr. Morgan has filed a reply memorandum asserting the Court retains the authority to reconsider discretionary revocation. R. Doc. 576. Having reviewed the briefing in light of the applicable law and record facts, the Court finds that, for the reasons previously given from the bench at the December 11, 2025, revocation hearing, revocation of Mr. Morgan's supervised release and a sentence of eight months incarceration remains appropriate. Accordingly;

**IT IS ORDERED** that the Motion for Reconsideration is **DENIED**.

Signed this 5th Day of January 2026, New Orleans, Louisiana.

_____
United States District Judge